**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PAMELA ARMISTED, *et al.*,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INS. CO.,

    Defendant.
_____/

Case Number: 07-10259

Hon. Arthur J. Tarnow
Magistrate Judge: Donald A. Scheer

# ORDER DENYING PLAINTIFFS' OBJECTIONS [DE 56] AND AFFIRMING MAGISTRATE JUDGE'S RULING [DE 55]

Before the Court are Plaintiff's objections [DE 56] to Magistrate Judge Scheer's ruling of February 6, 2008 [DE 55]. The Court heard oral argument on the objections February 19, 2008. For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that Plaintiff's objections [DE 56] are DENIED.

IT IS FURTHER ORDERED that Magistrate Judge's Order [DE 55] is AFFIRMED.

SO ORDERED.

    S/ARTHUR J. TARNOW
    Arthur J. Tarnow
    United States District Judge

Dated: February 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2008, by electronic and/or ordinary mail.

    S/THERESA E. TAYLOR
    Case Manager