UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA ARMISTED, et al.,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTO-
MOBILE INSURANCE COMPANY,

    Defendant.
_____/

CIVIL ACTION NO. 07-10259

DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

Plaintiffs' Motion to Modify Protective Order and Allow Magistrate Judge to Review Documents that are Protected Pursuant to a Protective Order was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on September 23, 2008. Having reviewed the motion, together with Defendant's Response, and having heard the arguments of counsel, I find that the motion should be, and the same is hereby, denied for the reasons stated on the record.

                                              s/Donald A. Scheer
                                              DONALD A. SCHEER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2008

_____

## **CERTIFICATE OF SERVICE**

I hereby certify on September 25, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 25, 2008. **None.**

                                              s/Michael E. Lang
                                              Deputy Clerk to
                                              Magistrate Judge Donald A. Scheer
                                              (313) 234-5217