AO 450  (Rev. 7/99) Judgment in a Civil Case     **CLOSED**     4/10/2009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

PAMELA ARMISTED,

                Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

                Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 07-10259

Honorable Arthur J. Tarnow

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that a judgment of No Cause For Action is hereby entered.

Pursuant to Rule (77d), FRCivP
Copies have been mailed electronically to:

Nicholas S. Andrews/Arthur Y. Liss
James F. Hewson/Michael W. Slater

Date April 10, 2009

David Weaver, Clerk of Court

s/Theresa E. Taylor
Deputy Clerk